IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| STEVEN COONROD, | : | |
| Plaintiff, | : | |
| VS. | : | NO. 5:11-CV-363 (WLS) |
| MICHAEL J. ASTRUE, | : | SOCIAL SECURITY APPEAL |
| Defendant. | : | |

## RECOMMENDATION

Before the Court is Plaintiff Seven Coonrod's Unopposed Motion to Dismiss Complaint. Doc. 13. In his motion, Plaintiff states that "[a]fter careful review of the evidence in the case, the Plaintiff and undersigned attorney agree to dismiss the complaint against the Commissioner of Social Security." Doc. 13. Further, Defendant has no objection to Plaintiff's motion. Accordingly, it is hereby **RECOMMENDED** that Plaintiff's Complaint be **DISMISSED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** whit the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 5th day of March, 2012.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge