IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| STEVEN COONROD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 5:11-cv-363 (WLS) |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, *Commissioner of Social Security*, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Charles H. Weigle, filed March 6, 2012. (Doc. 14). It is recommended that Plaintiff's Unopposed Motion to Dismiss Complaint (Doc. 13) be granted and Plaintiff's Complaint (Doc. 1) be dismissed. (Doc. 14 at 1). The Report and Recommendation provided the Parties with fourteen (14) days[1] from the date of its service to file written objections to the recommendations therein. (*Id.*). The period for objections expired on Friday, March 23, 2012, and no objections have been filed to date. (*See generally* Docket).

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 18) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly,

---

[1] The Parties were given an additional three days because service was made by mail. *See* Fed. R. Civ. P. 6(d) (adding three days to specified period within which a party may act if service is made under Rule 5(b)(2)(C) by mailing process to a party's last known address).

1

2

Plaintiff's Unopposed Motion to Dismiss Complaint (Doc. 14) is **GRANTED**, and Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

      **SO ORDERED**, this  4th  day of April, 2012.

                                    /s/ W. Louis Sands
                                    **THE HONORABLE W. LOUIS SANDS,**
                                    **UNITED STATES DISTRICT COURT**